UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |  |
|---|---|---|
| MAURICIO MORALES, | ) | No. 2:26-cv-01078-FMO-JDE |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) | |
| MARIN GAMBOA, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Summarily Dismissing Petition,

IT IS HEREBY ORDER, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

Dated: March 30, 2026

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge